## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SYED A. ALI, | ) |
| | ) |
|       PLAINTIFF, | )   Case no.: 15-cv-06178 |
| | ) |
|       v. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | )  Judge Sharon Johnson Coleman |
| ASSOCIATES, LLC and BLITT & GAINES, P.C. | )  Magistrate Judge Daniel G. Martin |
| and FREEDMAN ANSELMO LINDBERG, LLC | ) |
| n/k/a ANSELMO LINDBERG OLIVER, LLC | ) |
| | ) |
|       DEFENDANTS. | ) |
| YASMEEN ALI, | ) |
| as natural parent and best friend of SHA, a minor, | ) |
| | ) |
|       PLAINTIFF, | )   Case no.: 15-cv-11582 |
| | ) |
|       v. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| and SANJAY S. JUTLA, and KEVIN J. EGAN, | ) |
| | ) |
|       DEFENDANTS. | ) |
| SYED A. ALI, | ) |
| | ) |
|       PLAINTIFF, | )   Case no.: 16-cv-01581 |
| | ) |
|       v. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| and KEVIN J. EGAN, | ) |
| | ) |
|       DEFENDANTS. | ) |
| SYED A. ALI, | ) |
| | ) |
|       PLAINTIFF, | )   Case no.: 16-cv-03872 |
| | ) |
|       v. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
|       DEFENDANT. | ) |

**NOTICE OF ACCEPTANCE OF DEFENDANT PORTFOLIO RECOVERY**
**ASSOCIATES, LLC'S RULE 68 OFFER OF JUDGMENT AS TO COUNT IX**

Plaintiff Syed A. Ali hereby accepts Defendant Portfolio Recovery Associates,

LLC's Rule 68 Offer of Judgment served on Plaintiff on November 30, 2016 via USPS

regular mail and email in the amount of $1,500.00 for Plaintiff's damages, plus

reasonable attorneys' fees and costs. Said Offer of Judgment is attached hereto as Exhibit

A, and Plaintiff hereby requests the Court to enter an Order of Judgment for said amount

in accordance with the provisions of Federal Rule of Civil Procedure 68.

Respectfully submitted,
By /s/ Robert W. Harrer

**Dated: December 14, 2016**          The Law Office of Robert W. Harrer, P.C.
111 West Washington Street, Suite 1360
Chicago, IL 60602
Tel. 312-600-8466
Fax 312-610-5646
rob.harrer@harrerlaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

Please be advised that on December 14, 2016, we served copies of Plaintiff's
**NOTICE OF ACCEPTANCE OF DEFENDANT PORTFOLIO RECOVERY**
**ASSOCIATES, LLC'S RULE 68 OFFER OF JUDGMENT AS TO COUNT IX**
and the instant Certificate of Service via electronically filing the foregoing documents
with the Clerk of the Court using the CM/ECF system which will send notice of the same
to all counsel who have appeared in this action.

By /s/ Robert W. Harrer

**EXHIBIT A**

WWWIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SYED A. ALI, | ) | Case No. 1:15-cv-06178 |
| Plaintiff, | ) | |
| | ) | Judge: Sharon Johnson Coleman |
| v. | ) | |
| | ) | Magistrate Judge: Daniel G. Martin |
| PORTFOLIO RECOVERY ASSOCIATES, LLC and BLITT & GAINES, P.C., and FREEDMAN ANSELMO LINDBERG, LLC n/k/a ANSELMO LINDBERG OLIVER, LLC, | ) | |
| Defendants. | ) | |
| YASMEEN ALI, as natural parent and best friend of SHA, a minor, | ) | Case No. 1:15-cv-11582 |
| Plaintiff, | ) | |
| v. | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, and SANJAY S. JUTLA, and KEVIN J. EGAN, | ) | |
| Defendants. | ) | |
| SYED A. ALI, | ) | Case No. 1:16-cv-03872 |
| Plaintiff, | ) | |
| v. | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, and KEVIN J. EGAN, | ) | |
| Defendants. | ) | |
| SYED A. ALI, | ) | Case No. 1:16-cv-01581 |
| Plaintiff, | ) | |
| v. | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| Defendant. | ) | |

<u>**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S**</u>
<u>**RULE 68 OFFER OF JUDGMENT**</u>

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant"), by and through their attorneys, Avanti D. Bakane and Philip T. Barrett of Gordon Rees Scully Mansukhani, LLP, hereby offers to allow judgment to be entered against it in this action, and state as follows:

1.     Judgment shall be entered against Defendant in the amount of $1,500.00 as to Plaintiff arising from Plaintiffs' claims against Defendant as alleged in Count IX of Plaintiffs' Complaint.

2.     Judgment shall also be entered against Defendant for reasonable fees and costs incurred by Plaintiffs in prosecuting in Count IX of Plaintiffs' Complaint only in the above-captioned matter, pursuant to 15 U.S.C. 1692k(a)(3), as agreed to by the parties, and, in the event no agreement can be reached, to be determined by the Court.

3.     This offer of judgment is inclusive of all damages, fees, and costs as to Plaintiffs' claims alleged in Count IX of Plaintiffs' Complaint only.

Dated: November 30, 2016                     Respectfully submitted,

                                             **PORTFOLIO RECOVERY ASSOCIATES,**
                                             **LLC**, Defendant

Avanti D. Bakane, 6299022
Philip T. Barrett, 6317319
Gordon Rees Scully Mansukhani, LLP          By:     /s/ Avanti D. Bakane
One North Franklin, Suite 800                       Avanti D. Bakane
Chicago, IL 60606
Ph: 312-619-4922
Fax: 312-565-6511
abakane@gordonrees.com
pbarrett@gordonrees.com

2

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on November 30, 2016, I served, the foregoing Defendants **Defendant Portfolio Recovery Associates, LLC's Rule 68 Offer of Judgment** by via electronic and U.S. Mail, proper postage pre-paid, to all parties of record, from One North Franklin, Suite 800, Chicago, IL 60606.

| | |
|---|---|
| Robert W. Harrer | Mario Kris Kasalo |
| rob.harrer@harrerlaw.com | mario.kasalo@kasalolaw.com |
| The Law Office of Robert W. Harrer, P.C. | The Law Office of M. Kris Kasalo, Ltd. |
| 111 W. Washington St., | 20 North Clark Street |
| Suite 1360 | Suite 3100 |
| Chicago,  IL 60602 | Chicago, IL 60602 |
| | |
| Thomas John Nitschke | Michael L. Starzec |
| tjohnnitschke@gmail.com | mike@blittandgaines.com |
| Blaise & Nitschke, P.C. | Blitt and Gaines, P.C. |
| 20 N. Clark St. | 661 Glenn Avenue |
| Suite 3100 | Wheeling, IL 60090 |
| Chicago, IL 60602 | |

David M. Schultz
dschultz@hinshawlaw.com
Jonathon D. Drews
jdrews@hinshawlaw.com
Justin M Penn
jpenn@hinshawlaw.com
Hinshaw & Culbertson LLP
222 N. Lasalle St.
Ste. 300
Chicago, IL 6060

                    By:   /s/ Avanti Bakane
                           Avanti Bakane

3