# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SYED A. ALI, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case no.: 15-cv-06178 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | Judge Sharon Johnson Coleman |
| and BLITT & GAINES, P.C. | ) | Magistrate Judge Daniel G. Martin |
| and FREEDMAN ANSELMO LINDBERG, LLC | ) | |
| n/k/a ANSELMO LINDBERG OLIVER, LLC | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| YASMEEN ALI, | ) | |
| as natural parent and best friend of SHA, a minor, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case no.: 15-cv-11582 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| and SANJAY S. JUTLA, and KEVIN J. EGAN, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| SYED A. ALI, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case no.: 16-cv-01581 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| and KEVIN J. EGAN, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| SYED A. ALI, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case no.: 16-cv-03872 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

# PLAINTIFF'S MOTION TO ENTER JUDGMENT PURSUANT TO DEFENDANT'S RULE 68 OFFER OF JUDGMENT

NOW COMES Plaintiff Syed A. Ali, by his attorneys The Law Office of M. Kris Kasalo, Ltd. and The Law Office of Robert W. Harrer, P.C., and for his Motion to Enter Judgment Pursuant to Defendant's Rule 68 Offer of Judgment states as follows:

1. On March 30, 2016, Plaintiff filed his complaint styled as *Syed A. Ali v. Portfolio Recovery Associates, LLC*, (Case number: 16-cv-3872). (Case #16-cv-3872, Dkt. #1)

2. On April 25, 2016, this court reassigned the above referenced case (Case #16-cv-3872) as well as two other cases (case numbers 15-cv-11582 and 16-cv-01581) to this court under case number 15-cv-6178. The court order Plaintiffs in all cases to file a consolidated complaint. (Case #15-cv-6178, Dkt. #66)

3. Plaintiffs filed their consolidated complaint on May 18, 2016. (Case #15-cv-6178, Dkt. #74).

4. While Plaintiffs' filed a consolidated complaint, the cases maintained their case numbers as the cases were reassigned to this court. (See Order in case #15-cv-6178, Dkt. #66)

5. On November 18, 2016, Plaintiffs filed their first amended consolidated complaint. (Case #15-cv-6178, Dkt. #127).

6. Count IX of the operative complaint relates to case number 16-cv-3872. (See case #15-cv-6178, Dkt. #74, ¶¶223-282, and 16-cv-3872, Dkt. #1).

7. On November 30, 2016, Defendant served its Rule 68 Offer of Judgment on Plaintiff via USPS regular mail and email. Defendant's Offer of Judgement stated that judgment shall be entered in the amount of $1500 for Plaintiff's damages as to Count IX of Plaintiff's Complaint. Defendant's Offer of Judgment further stated that judgment shall be entered against

Defendant for reasonable fees and costs incurred in prosecuting Count IX of Plaintiff's Complaint. (Exhibit A, Defendant's Rule 68 Offer of Judgment).

8. On December 14, 2016, Plaintiff timely filed his acceptance of Defendant's Rule 68 Offer of Judgment with respect to Count IX of the operative complaint, or case number 16-cv-3872, with this Court via its CM/ECF electronic filing system under that same case number. (Exhibit B, case #16-cv-3872, Dkt. #22, E-filed Notice of Acceptance of Defendant's Rule 68 Offer of Judgment).

9. On December 22, 2016, Plaintiff's counsel Rob Harrer served, via e-mail and USPS regular mail, a copy of Plaintiff's e-filed Notice of Acceptance of Defendant's Rule 68 Offer of Judgment and certificate of service. (Exhibit C, E-filed Notice of Acceptance of Defendant's Rule 68 Offer of Judgment and certificate of service).

10. Fed. R. Civ. P. Rule 68(a) states:

**(a) Making an Offer; Judgment on an Accepted Offer.**

**At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.**

11. Therefore, upon filing the acceptance of the offer and notice of acceptance plus proof of service, judgment is to be entered.

12. Plaintiff has filed his acceptance of the offer, notice of the acceptance and proof of service.

13. Based on the foregoing, pursuant to Defendant's accepted Rule 68 Offer of Judgment, Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff as to

Count IX of the operative complaint, case #16-cv-3872, in the amount of $1500 for Plaintiff's damages plus reasonable attorneys' fees and costs.

WHEREFORE, based on the foregoing, Plaintiff, Syed A. Ali, through his counsel, The Law Office of M. Kris Kasalo, Ltd. and The Law Office of Robert W. Harrer, Ltd. respectfully requests that this court enter judgment in favor of Plaintiff in the amount of $1500 for Plaintiff's damages plus reasonable attorney's fees and costs pursuant to Defendant's accepted Rule 68 Offer of Judgment as to Count IX of the operative complaint, case #16-cv-3872.

          By:  s/ Robert W. Harrer
                 Robert W. Harrer

**The Law Office of M. Kris Kasalo, Ltd.**
20 North Clark Street, Suite 3100
Chicago, Illinois 60602
Tele 312- 726-6160
Fax  312-698-5054
mario.kasalo@kasalolaw.com

## CERTIFICATE OF SERVICE

I, Robert W. Harrer, an attorney, certify that I shall cause to be served a copy of the foregoing document in this case that will be served via the method stated below, upon the following on January 5, 2017:

| | | |
|---|---|---|
| __X__ | CM/ECF | *Attorney(s) for Defendant:* |
| ____ | Facsimile | Avanti Bakane |
| ____ | Federal Express | Philip Barrett |
| ____ | Messenger | **Gordon & Rees** |
| __X__ | Email | One North Franklin Street |
| ____ | USPS Mail | Suite 800 |
| | | Chicago, IL 6060 |
| | | Email: abakane@gordonrees.com |
| | | Email: pbarrett@gordonrees.com |

          By:  s/ Robert W. Harrer
                 Robert W. Harrer