# EXHIBIT A

EXHIBIT A

WWWIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SYED A. ALI,<br><br>       Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC and BLITT & GAINES, P.C., and FREEDMAN ANSELMO LINDBERG, LLC n/k/a ANSELMO LINDBERG OLIVER, LLC,<br><br>       Defendants. | Case No. 1:15-cv-06178<br><br>Judge: Sharon Johnson Coleman<br><br>Magistrate Judge: Daniel G. Martin |
| YASMEEN ALI, as natural parent and best friend of SHA, a minor,<br><br>       Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, and SANJAY S. JUTLA, and KEVIN J. EGAN,<br><br>       Defendants. | Case No. 1:15-cv-11582 |
| SYED A. ALI,<br><br>       Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, and KEVIN J. EGAN,<br><br>       Defendants. | Case No. 1:16-cv-03872 |
| SYED A. ALI,<br><br>       Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>       Defendant. | Case No. 1:16-cv-01581 |

## DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S
## RULE 68 OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant"), by and through their attorneys, Avanti D. Bakane and Philip T. Barrett of Gordon Rees Scully Mansukhani, LLP, hereby offers to allow judgment to be entered against it in this action, and state as follows:

1. Judgment shall be entered against Defendant in the amount of $1,500.00 as to Plaintiff arising from Plaintiffs' claims against Defendant as alleged in Count IX of Plaintiffs' Complaint.

2. Judgment shall also be entered against Defendant for reasonable fees and costs incurred by Plaintiffs in prosecuting in Count IX of Plaintiffs' Complaint only in the above-captioned matter, pursuant to 15 U.S.C. 1692k(a)(3), as agreed to by the parties, and, in the event no agreement can be reached, to be determined by the Court.

3. This offer of judgment is inclusive of all damages, fees, and costs as to Plaintiffs' claims alleged in Count IX of Plaintiffs' Complaint only.

Dated: November 30, 2016

Respectfully submitted,

**PORTFOLIO RECOVERY ASSOCIATES, LLC**, Defendant

Avanti D. Bakane, 6299022
Philip T. Barrett, 6317319
Gordon Rees Scully Mansukhani, LLP
One North Franklin, Suite 800
Chicago, IL 60606
Ph: 312-619-4922
Fax: 312-565-6511
abakane@gordonrees.com
pbarrett@gordonrees.com

By:   /s/ Avanti D. Bakane
         Avanti D. Bakane

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2016, I served, the foregoing Defendants **Defendant Portfolio Recovery Associates, LLC's Rule 68 Offer of Judgment** by via electronic and U.S. Mail, proper postage pre-paid, to all parties of record, from One North Franklin, Suite 800, Chicago, IL 60606.

| | |
|---|---|
| Robert W. Harrer<br>rob.harrer@harrerlaw.com<br>The Law Office of Robert W. Harrer, P.C.<br>111 W. Washington St.,<br>Suite 1360<br>Chicago, IL 60602 | Mario Kris Kasalo<br>mario.kasalo@kasalolaw.com<br>The Law Office of M. Kris Kasalo, Ltd.<br>20 North Clark Street<br>Suite 3100<br>Chicago, IL 60602 |
| Thomas John Nitschke<br>tjohnnitschke@gmail.com<br>Blaise & Nitschke, P.C.<br>20 N. Clark St.<br>Suite 3100<br>Chicago, IL 60602 | Michael L. Starzec<br>mike@blittandgaines.com<br>Blitt and Gaines, P.C.<br>661 Glenn Avenue<br>Wheeling, IL 60090 |
| David M. Schultz<br>dschultz@hinshawlaw.com<br>Jonathon D. Drews<br>jdrews@hinshawlaw.com<br>Justin M Penn<br>jpenn@hinshawlaw.com<br>Hinshaw & Culbertson LLP<br>222 N. Lasalle St.<br>Ste. 300<br>Chicago, IL 6060 | |

By:   /s/ Avanti Bakane
        Avanti Bakane

**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SYED A. ALI, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case no.: 15-cv-06178 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | Judge Sharon Johnson Coleman |
| ASSOCIATES, LLC and BLITT & GAINES, P.C. | ) | Magistrate Judge Daniel G. Martin |
| and FREEDMAN ANSELMO LINDBERG, LLC | ) | |
| n/k/a ANSELMO LINDBERG OLIVER, LLC | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| YASMEEN ALI, | ) | |
| as natural parent and best friend of SHA, a minor, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case no.: 15-cv-11582 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| and SANJAY S. JUTLA, and KEVIN J. EGAN, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| SYED A. ALI, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case no.: 16-cv-01581 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| and KEVIN J. EGAN, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| SYED A. ALI, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case no.: 16-cv-03872 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE OF ACCEPTANCE OF DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S RULE 68 OFFER OF JUDGMENT AS TO COUNT IX**

Plaintiff Syed A. Ali hereby accepts Defendant Portfolio Recovery Associates, LLC's Rule 68 Offer of Judgment served on Plaintiff on November 30, 2016 via USPS regular mail and email in the amount of $1,500.00 for Plaintiff's damages, plus reasonable attorneys' fees and costs. Said Offer of Judgment is attached hereto as Exhibit A, and Plaintiff hereby requests the Court to enter an Order of Judgment for said amount in accordance with the provisions of Federal Rule of Civil Procedure 68.

Respectfully submitted,
By /s/ Robert W. Harrer

**Dated:  December 14, 2016**              The Law Office of Robert W. Harrer, P.C.
111 West Washington Street, Suite 1360
Chicago, IL  60602
Tel.  312-600-8466
Fax  312-610-5646
rob.harrer@harrerlaw.com

**ATTORNEY FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

Please be advised that on December 14, 2016, we served copies of Plaintiff's **NOTICE OF ACCEPTANCE OF DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S RULE 68 OFFER OF JUDGMENT AS TO COUNT IX** and the instant Certificate of Service via electronically filing the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notice of the same to all counsel who have appeared in this action.

By /s/ Robert W. Harrer

**EXHIBIT A**

# WWWIN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SYED A. ALI,<br><br>   Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC and BLITT & GAINES, P.C., and FREEDMAN ANSELMO LINDBERG, LLC n/k/a ANSELMO LINDBERG OLIVER, LLC,<br><br>   Defendants. | Case No. 1:15-cv-06178<br><br>Judge: Sharon Johnson Coleman<br><br>Magistrate Judge: Daniel G. Martin |
| YASMEEN ALI, as natural parent and best friend of SHA, a minor,<br><br>   Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, and SANJAY S. JUTLA, and KEVIN J. EGAN,<br><br>   Defendants. | Case No. 1:15-cv-11582 |
| SYED A. ALI,<br><br>   Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, and KEVIN J. EGAN,<br><br>   Defendants. | Case No. 1:16-cv-03872 |
| SYED A. ALI,<br><br>   Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>   Defendant. | Case No. 1:16-cv-01581 |

## DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S
## RULE 68 OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant"), by and through their attorneys, Avanti D. Bakane and Philip T. Barrett of Gordon Rees Scully Mansukhani, LLP, hereby offers to allow judgment to be entered against it in this action, and state as follows:

1. Judgment shall be entered against Defendant in the amount of $1,500.00 as to Plaintiff arising from Plaintiffs' claims against Defendant as alleged in Count IX of Plaintiffs' Complaint.

2. Judgment shall also be entered against Defendant for reasonable fees and costs incurred by Plaintiffs in prosecuting in Count IX of Plaintiffs' Complaint only in the above-captioned matter, pursuant to 15 U.S.C. 1692k(a)(3), as agreed to by the parties, and, in the event no agreement can be reached, to be determined by the Court.

3. This offer of judgment is inclusive of all damages, fees, and costs as to Plaintiffs' claims alleged in Count IX of Plaintiffs' Complaint only.

Dated: November 30, 2016                    Respectfully submitted,

                                                                     **PORTFOLIO RECOVERY ASSOCIATES, LLC**, Defendant

Avanti D. Bakane, 6299022
Philip T. Barrett, 6317319
Gordon Rees Scully Mansukhani, LLP         By:   /s/ Avanti D. Bakane
One North Franklin, Suite 800                          Avanti D. Bakane
Chicago, IL 60606
Ph: 312-619-4922
Fax: 312-565-6511
abakane@gordonrees.com
pbarrett@gordonrees.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2016, I served, the foregoing Defendants **Defendant Portfolio Recovery Associates, LLC's Rule 68 Offer of Judgment** by via electronic and U.S. Mail, proper postage pre-paid, to all parties of record, from One North Franklin, Suite 800, Chicago, IL 60606.

| | |
|---|---|
| Robert W. Harrer<br>rob.harrer@harrerlaw.com<br>The Law Office of Robert W. Harrer, P.C.<br>111 W. Washington St.,<br>Suite 1360<br>Chicago, IL 60602 | Mario Kris Kasalo<br>mario.kasalo@kasalolaw.com<br>The Law Office of M. Kris Kasalo, Ltd.<br>20 North Clark Street<br>Suite 3100<br>Chicago, IL 60602 |
| Thomas John Nitschke<br>tjohnnitschke@gmail.com<br>Blaise & Nitschke, P.C.<br>20 N. Clark St.<br>Suite 3100<br>Chicago, IL 60602 | Michael L. Starzec<br>mike@blittandgaines.com<br>Blitt and Gaines, P.C.<br>661 Glenn Avenue<br>Wheeling, IL 60090 |
| David M. Schultz<br>dschultz@hinshawlaw.com<br>Jonathon D. Drews<br>jdrews@hinshawlaw.com<br>Justin M Penn<br>jpenn@hinshawlaw.com<br>Hinshaw & Culbertson LLP<br>222 N. Lasalle St.<br>Ste. 300<br>Chicago, IL 6060 | |

                                            By:   /s/ Avanti Bakane
                                                      Avanti Bakane

3

**EXHIBIT C**

EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SYED A. ALI, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case no.: 15-cv-06178 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | Judge Sharon Johnson Coleman |
| ASSOCIATES, LLC and BLITT & GAINES, P.C. | ) | Magistrate Judge Daniel G. Martin |
| and FREEDMAN ANSELMO LINDBERG, LLC | ) | |
| n/k/a ANSELMO LINDBERG OLIVER, LLC | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| YASMEEN ALI, | ) | |
| as natural parent and best friend of SHA, a minor, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case no.: 15-cv-11582 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| and SANJAY S. JUTLA, and KEVIN J. EGAN, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| SYED A. ALI, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case no.: 16-cv-01581 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| and KEVIN J. EGAN, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| SYED A. ALI, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case no.: 16-cv-03872 |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

### NOTICE OF ACCEPTANCE OF DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S RULE 68 OFFER OF JUDGMENT AS TO COUNT IX

Plaintiff Syed A. Ali hereby accepts Defendant Portfolio Recovery Associates, LLC's Rule 68 Offer of Judgment served on Plaintiff on November 30, 2016 via USPS regular mail and email in the amount of $1,500.00 for Plaintiff's damages, plus reasonable attorneys' fees and costs. Said Offer of Judgment is attached hereto as Exhibit A, and Plaintiff hereby requests the Court to enter an Order of Judgment for said amount in accordance with the provisions of Federal Rule of Civil Procedure 68.

Respectfully submitted,
By /s/ Robert W. Harrer

**Dated:  December 14, 2016**

The Law Office of Robert W. Harrer, P.C.
111 West Washington Street, Suite 1360
Chicago, IL  60602
Tel.  312-600-8466
Fax  312-610-5646
rob.harrer@harrerlaw.com

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

Please be advised that on December 14, 2016, we served copies of Plaintiff's **NOTICE OF ACCEPTANCE OF DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S RULE 68 OFFER OF JUDGMENT AS TO COUNT IX** and the instant Certificate of Service via electronically filing the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notice of the same to all counsel who have appeared in this action.

By /s/ Robert W. Harrer

**EXHIBIT A**

**WWWIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SYED A. ALI,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PORTFOLIO RECOVERY ASSOCIATES, LLC )<br>and BLITT & GAINES, P.C., and FREEDMAN )<br>ANSELMO LINDBERG, LLC n/k/a )<br>ANSELMO LINDBERG OLIVER, LLC,  )<br>  )<br>  Defendants.  ) | Case No. 1:15-cv-06178<br><br>Judge: Sharon Johnson Coleman<br><br>Magistrate Judge: Daniel G. Martin |
| YASMEEN ALI, as natural parent and best friend )<br>of SHA, a minor,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC, and SANJAY S. JUTLA, and KEVIN J. )<br>EGAN,  )<br>  )<br>  Defendants.  ) | Case No. 1:15-cv-11582 |
| SYED A. ALI,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC, and KEVIN J. EGAN,  )<br>  )<br>  Defendants.  ) | Case No. 1:16-cv-03872 |
| SYED A. ALI,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC,  )<br>  )<br>  Defendant.  ) | Case No. 1:16-cv-01581 |

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S
RULE 68 OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant"), by and through their attorneys, Avanti D. Bakane and Philip T. Barrett of Gordon Rees Scully Mansukhani, LLP, hereby offers to allow judgment to be entered against it in this action, and state as follows:

1. Judgment shall be entered against Defendant in the amount of $1,500.00 as to Plaintiff arising from Plaintiffs' claims against Defendant as alleged in Count IX of Plaintiffs' Complaint.

2. Judgment shall also be entered against Defendant for reasonable fees and costs incurred by Plaintiffs in prosecuting in Count IX of Plaintiffs' Complaint only in the above-captioned matter, pursuant to 15 U.S.C. 1692k(a)(3), as agreed to by the parties, and, in the event no agreement can be reached, to be determined by the Court.

3. This offer of judgment is inclusive of all damages, fees, and costs as to Plaintiffs' claims alleged in Count IX of Plaintiffs' Complaint only.

Dated: November 30, 2016         Respectfully submitted,

                                                              **PORTFOLIO RECOVERY ASSOCIATES, LLC**, Defendant

Avanti D. Bakane, 6299022
Philip T. Barrett, 6317319
Gordon Rees Scully Mansukhani, LLP         By:    /s/ Avanti D. Bakane
One North Franklin, Suite 800                              Avanti D. Bakane
Chicago, IL 60606
Ph: 312-619-4922
Fax: 312-565-6511
abakane@gordonrees.com
pbarrett@gordonrees.com

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 30, 2016, I served, the foregoing Defendants **Defendant Portfolio Recovery Associates, LLC's Rule 68 Offer of Judgment** by via electronic and U.S. Mail, proper postage pre-paid, to all parties of record, from One North Franklin, Suite 800, Chicago, IL 60606.

| | |
|---|---|
| Robert W. Harrer<br>rob.harrer@harrerlaw.com<br>The Law Office of Robert W. Harrer, P.C.<br>111 W. Washington St.,<br>Suite 1360<br>Chicago, IL 60602 | Mario Kris Kasalo<br>mario.kasalo@kasalolaw.com<br>The Law Office of M. Kris Kasalo, Ltd.<br>20 North Clark Street<br>Suite 3100<br>Chicago, IL 60602 |
| Thomas John Nitschke<br>tjohnnitschke@gmail.com<br>Blaise & Nitschke, P.C.<br>20 N. Clark St.<br>Suite 3100<br>Chicago, IL 60602 | Michael L. Starzec<br>mike@blittandgaines.com<br>Blitt and Gaines, P.C.<br>661 Glenn Avenue<br>Wheeling, IL 60090 |

David M. Schultz
dschultz@hinshawlaw.com
Jonathon D. Drews
jdrews@hinshawlaw.com
Justin M Penn
jpenn@hinshawlaw.com
Hinshaw & Culbertson LLP
222 N. Lasalle St.
Ste. 300
Chicago, IL 6060

                                                     By:   /s/ Avanti Bakane
                                                                 Avanti Bakane

3

## CERTIFICATE OF SERVICE

I, Robert W. Harrer, an attorney, certify that I shall cause to be served a copy of the foregoing document in this case that will be served via the method stated below, upon the following on December 22, 2016:

| | |
|---|---|
| _____ CM/ECF<br>_____ Facsimile<br>_____ Federal Express<br>_____ Messenger<br>__X__ Email<br>__X__ USPS Mail | *Attorney(s) for Defendant:*<br>Avanti Bakane<br>Philip Barrett<br>**GORDON & REES**<br>One North Franklin Street<br>Suite 800<br>Chicago, IL 6060<br>Email: abakane@gordonrees.com<br>Email: pbarrett@gordonrees.com |

By: s/ Robert W. Harrer